UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ERNESTO MOJICA MARTINEZ,

        Petitioner,                             Case No. 1:25-cv-1530

v.                                                  Hon. Paul L. Maloney
                                                      U.S. District Court Judge

KEVIN RAYCRAFT, et al.

        Respondents.
_____/

## **STIPULATED ORDER TO DISMISS**

     The parties, by their respective counsel, hereby stipulate to a dismissal of this action without prejudice and without costs or attorneys' fees to any party. Petitioner has been released from Respondents' custody.

**SO STIPULATED**:

Dated: November 26, 2025                  KEMPSTER, CORCORAN, QUICENO & LENZ-CALVO, Ltd.

                                                    /s/ *Louise Carhart (with consent)*
                                                    LOUISE CARHART
                                                    332 Michigan Ave., Suite 1428
                                                    Chicago, IL 60604
                                                    (312) 341-9730 Ext. 119
                                                    louisec@klc-ltd.com

|  |  |
|---|---|
|  | TIMOTHY VERHEY<br>United States Attorney |
| Dated: November 26, 2025 | */s/ Ryan D. Cobb*<br>RYAN D. COBB<br>Assistant United States Attorney<br>330 Ionia Ave. NW, Suite 501<br>Grand Rapids, MI 49503<br>(616) 456-2404<br>Ryan.Cobb@usdoj.gov<br>Attorneys for Respondents |

**IT IS SO ORDERED**.

Dated:   December 1, 2025                     /s/ Paul L. Maloney
                                                                   PAUL L. MALONEY
                                                                   U.S. District Court Judge